DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

17 MARCH 2016

| | | | |
|---|---|---|---|
| 132P11-9 | Gregory Lynn Gordon v. Frank L. Perry, Secretary, Department of Public Safety; Susan R. White, Superintendent, Alexander Correctional Institution | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **02/08/2016** **Ervin, J., recused** |
| 158P06-6 | State v. Derrick D. Boger | Def's *Pro Se* Motion for *Mandamus* | Denied |
| 181A93-4 | State v. Rayford Lewis Burke (DEATH) | 1. Def's Motion to Hold PWC in Abeyance<br><br>2. Def's PWC to Review Order of Superior Court of Iredell County<br><br>3. State's Motion for Extension of Time to File Responses | 1. Dismissed as moot<br><br>2. Allowed<br><br>3. Allowed **10/09/2014** **Ervin, J., recused** |
| 199PA15 | State v. Brent Tyler Miller | 1. Def's Motion to Supplement the Record on Appeal<br><br>2. Def's Motion to Dismiss Appeal<br><br>3. Court's Motion for Supplemental Briefing | 1. Dismissed as moot **02/05/2016**<br><br>2. Denied per opinion<br><br>3. Special Order **03/17/2016** |
| 201PA12-3 | Dickson, *et al.* v. Rucho, *et al.* | Plts' Petition for Rehearing | Special Order **02/11/2016** |
| 220P11-2 | State v. Christopher Dennie Ellerbe | Def's *Pro Se* Motion for PDR (COAP15-830) | Dismissed **Beasley, J., recused** |
| 232A95-5 | State v. Timothy Richardson (DEATH) | 1. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Nash County<br><br>2. State's Motion to Amend Response to Petition for *Writ of Certiorari*<br><br>3. Def's Motion for Leave to File Reply to Response to Petition for *Writ of Certiorari* | 1. Denied<br><br>2. Allowed<br><br>3. Allowed |